MAN WHITE v. THE STATE.

No. 9211. Delivered May 6, 1925.

Possessing Equipment—Appeal Withdrawn.

Appellant has filed a sworn request asking for permission to withdraw his appeal. The request is granted and the appeal is ordered dismissed

Appeal from the District Court of Denton County. Tried below before the Hon. C. R. Pearman, Judge.

Appeal from a conviction of manufacturing intoxicating liquor; penalty, one year in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the district court of Denton County of possessing equipment for manufacturing intoxicating liquor, and his punishment fixed at one year in the penitentiary.

Appellant has filed a sworn request asking for permission to with-draw his appeal. The request is granted, and the appeal is ordered dismissed.

*Dismissed.*